1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL D. WHITE
Exec. Asst. U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2780



FILED

APR - 6 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )
                                   )   NO. Cr. S-11-0146-KJM
12           Plaintiff,            )
                                   )
13       v.                        )   ORDER
                                   )
14  CHARLES LAWLER,                )
                                   )
15           Defendant.            )
                                   )
16  _____)

17      Petition having been made to the Court to unseal the above

named indictment and the Court having considered the petition and

18  finding good cause therefor;

19      IT IS HEREBY ORDERED that the indictment named above, the

20  Petition to Seal Indictment, and the Court's Order sealing the

21  indictment be unsealed.

22  DATED: 4/6/11

23                                  _Dale A. Drozd_
24                                  DALE A. DROZD
                                    United States Magistrate

1