```
                           FILED
                         April 6, 2011
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                         CALIFORNIA
                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00146-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CHARLES LAWLER , ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHARLES LAWLER , Case No.  2:11-CR-00146-KJM , Charge  Title 18 USC § 2252 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  ✔ Bail Posted in the Sum of $ 25,000 (co-signed)

    ✔ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 6, 2011  at  2:36  pm .

             By  /s/ Dale A. Drozd
                Dale A. Drozd
                United States Magistrate Judge