```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CHARLES LAWLER
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00146-KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| CHARLES LAWLER, | ) | |
| | ) | Date: May 12, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Kimberly J. Mueller |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, CHARLES LAWLER, through their respective attorneys, that the status conference presently scheduled for May 12, 2011, may be continued to June 30, 2011, at 10:00 a.m.

   Because this is a new case, counsel seeks time to carefully review discovery to determine whether pre-trial motions are appropriate and to discuss possible defense with defendant. Accordingly, the parties agree that the status conference may be continued to June 30, 2011, and that

1  under the Speedy Trial Act may be excluded through June 30, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: May 5, 2011                  /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for CHARLES LAWLER


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: May 5, 2011                  /s/ T. Zindel for L. White
                                    LAUREL WHITE
                                    Assistant U.S. Attorney


**O R D E R**

   The status conference is continued to June 30, 2011, at 10:00 a.m.
For the reasons set forth above, the court finds that the ends of justice
to be served by a continuance outweigh the best interests of the public
and the defendant in a speedy trial and therefore excludes time through
June 30, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
   IT IS SO ORDERED.
Dated: May 6, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE