```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CHARLES LAWLER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-146 KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| CHARLES LAWLER, | ) |
|  | ) Date: June 30, 2011 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, CHARLES LAWLER, through their respective attorneys, that the status conference presently scheduled for June 30, 2011, may be continued to September 29, 2011, at 10:00 a.m.

Because this is a new case, there is additional defense investigation to complete, including review of images claimed to have been seized from defendant. Accordingly, the parties agree that the status conference may be continued to September 29, 2011, and that under

the Speedy Trial Act may be excluded through September 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

Dated:  June 22, 2011          /s/ T. Zindel
          TIMOTHY ZINDEL
          Assistant Federal Defender
          Attorney for CHARLES LAWLER

          BENJAMIN B. WAGNER
          United States Attorney

Dated:  June 22, 2011          /s/ T. Zindel for L. White
          LAUREL WHITE
          Assistant U.S. Attorney

## O R D E R

The status conference set for June 30, 2011 is continued to September 29, 2011, at 10:00 a.m., which the court considers a firm date. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through September 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 27, 2011.

          _____
          UNITED STATES DISTRICT JUDGE