DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES LAWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-146 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **MODIFYING CONDITIONS** |
| | ) | **OF PRETRIAL RELEASE** |
| CHARLES LAWLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Lawler, through their respective attorneys, that the conditions of pretrial release ordered on April 6, 2011, may be modified to include the following special condition:

   Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

/////

1    Mr. Lawler requests this modification so that he may participate in
2 counseling while on release - there has been no violation of release.
3 Pretrial Services will refer Mr. Lawler to one of its treatment providers
4 once the Court adopts the stipulation.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:  July 29, 2011                     /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for CHARLES LAWLER


                                          BENJAMIN B. WAGNER
                                          United States Attorney


Dated:  July 29, 2011                     /s/ T. Zindel for L. White
                                          LAUREL WHITE
                                          Assistant U.S. Attorney


**O R D E R**


   The conditions of pretrial release are modified as set forth above.
   IT IS SO ORDERED.

Dated:  August 1, 2011



                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE