```
BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Exec. Asst. U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-146 KJM |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| CHARLES LAWLER, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Charles Lawler it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Charles Lawler's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) E-Machine Desktop Computer, Model # T5088, Serial Number XCC7320026594, containing one Seagate hard drive, Serial Number 5LSC3B3A;

    (b) Toshiba Laptop, Serial Number 84035379P, containing one Fujitsu hard drive, Serial Number NT06T7327T0K; and

///

1             (c)   Maxtor External Hard Drive, Serial Number
2                   L610GNTG.

3        2.   The above-listed property was used or intended to be
4   used to commit or to promote the commission of a violation of 18
5   U.S.C. § 2252(a)(2).

6        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
7   designee) shall be authorized to seize the above-listed property.
8   The aforementioned property shall be seized and held by the U.S.
9   Marshals Service, in its secure custody and control.

10       4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11  U.S.C. § 853(n), and Local Rule 171, the United States shall
12  publish notice of the order of forfeiture.  Notice of this Order
13  and notice of the Attorney General's (or a designee's) intent to
14  dispose of the property in such manner as the Attorney General
15  may direct shall be posted for at least 30 consecutive days on
16  the official internet government forfeiture site
17  www.forfeiture.gov.  The United States may also, to the extent
18  practicable, provide direct written notice to any person known to
19  have alleged an interest in the property that is the subject of
20  the order of forfeiture as a substitute for published notice as
21  to those persons so notified.

22            b.   This notice shall state that any person, other than
23  the defendant, asserting a legal interest in the above-listed
24  property, must file a petition with the Court within sixty (60)
25  days from the first day of publication of the Notice of
26  Forfeiture posted on the official government forfeiture site, or
27  within thirty (30) days from receipt of direct written notice,
28  whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

    SO ORDERED this 20th day of December, 2011.

    _____
    UNITED STATES DISTRICT JUDGE